UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI WEIS,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANCES B MELBOSTAD,<br><br>        Defendant. | Case No. 16-cv-01584-MEJ<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ORDERING PARTIES TO FILE JOINT CASE MANAGEMENT STATEMENT** |

On March 31, 2016, the Court ordered the parties to file a Joint Case Management Statement by June 23, 2016. Dkt. No. 3. As of the date of this Order, only Defendant Frances B. Melbostad ("Defendant") has filed a Case Management Statement, noting that Defendant's counsel has attempted to meet and confer with Plaintiff Tami Weis's ("Plaintiff") counsel on multiple occasions but "Counsel for Plaintiff has not responded to telephone calls or emails." Dkt. No. 10 at 2.[1] Additionally, it appears Plaintiff also failed to comply with this Court's March 31, 2016 Order referring the parties to the Alternative Dispute Resolution (ADR) Unit for Assessment, among other things. Dkt. No. 3 (Order); Dkt. No. 7 (ADR Clerk's Notice of Non-Compliance with Court Order).

Given the foregoing circumstances, the Court hereby **CONTINUES** the Case Management Conference currently scheduled for June 30, 2016 **to July 14, 2016 at 10:00 a.m.** in Courtroom B. No later than seven calendar days before the Case Management Conference, the parties are **ORDERED** to file a *Joint* Case Management Statement containing the information in the Standing Order for All Judges in the Northern District of California, available at:

---

[1] Defendant does, however, indicate that she knows "Plaintiff is in [the] process of amending [her] complaint[.]" Dkt. No. 10 at 4.

http://cand.uscourts.gov/mejorders.  The Joint Case Management Statement form may be obtained at: http://cand.uscourts.gov/civilforms.  If the statement is e-filed, no chambers copy is required.

Plaintiff and her counsel are further **ADMONISHED** that failure to file a Joint Case Management Statement may result in sanctions or other penalties.

**IT IS SO ORDERED.**

Dated: June 24, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge