UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMI WEIS,<br><br>           Plaintiff,<br><br>    v.<br><br>FRANCES B MELBOSTAD,<br><br>           Defendant. | Case No. 16-cv-01584-HSG<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT SANCTION COUNSEL FOR FAILING TO APPEAR** |

    An initial case management conference was scheduled and held in this case on August 2, 2016, at 2:00pm.  Dkt. Nos. 20 & 21.  Counsel for Defendant Frances Melbostad ("Defendant"), Colleen S. Shaw, failed to appear or explain her absence.

    The Court hereby **ORDERS** counsel for Defendant to show cause why the Court should not sanction her for failing to appear at the case management conference.  Counsel must file a statement of two pages or less by August 5, 2016, that responds to this Order.

    **IT IS SO ORDERED.**

Dated: 8/4/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge