Colleen Shaw, SBN 269892
LAW OFFICE OF COLLEEN SHAW
535 Main Street, Third Floor
Martinez, CA 94553
Telephone: (415) 323 – 8066
Facsimile:  (707) 293 – 9345
E-mail:  colleenshaw9@gmail.com
*Attorney for Defendant*
FRANCES BARBOUR MELBOSTAD

Eliyahu Yuli Kaplunovsky (SBN # 299178)
1669-2 Hollenbeck Av #211
Sunnyvale, CA 94087
Phone: (408) 309 4506
*Attorney for Plaintiff*
TAMI WEIS

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| TAMI WEIS,<br><br>        Plaintiff,<br><br>   vs.<br><br>FRANCES BARBOUR MELBOSTAD,<br><br>        Defendant.<br>_____ | Case No.:   16-cv-01584-HSG<br><br>**STIPULATION AND REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER** |

   IT IS HEREBY STIPULATED, by and between the parties hereto, through their undersigned counsel, to continue the case management conference currently set for Tuesday, March 14, 2017 by two weeks to March 28, 2017 at 2:00 p.m., or some further date convenient to the Court's calendar.

1

**STIPULATION AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

1 | IT IS SO STIPULATED.

4 | Dated: March 6, 2017

/s *Colleen Shaw*
Colleen Shaw (SBN 269892
535 Main Street
Martinez, CA  94553
Colleenshaw9@gmail.com
Phone:  (415) 323 – 8066
*Attorney for Defendant*


/s *Eliyahu Yuli Kaplunovsky*
Eliyahu Yuli Kaplunovsky (SBN 299178)
1669-2 Hollenbeck Ave. #211
Sunnyvale, CA 94087
yk@YuliLaw.comolleens
Phone: (408) 309-4506
*Attorney for Plaintiff*

**STIPULATION AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**

**ORDER**

Based on the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The case management conference is continued from March 14, 2017 to March 28, 2017, at 2:00 p.m.

IT IS SO ORDERED.

DATE: March 7, 2017

Hon. Haywood S. Gilliam Jr.
United States District Judge

**STIPULATION AND REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**