Eliyahu Yuli Kaplunovsky (SBN # 299178)
1669-2 Hollenbeck Av #211
Sunnyvale, CA 94087
Phone: (408) 309 4506
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| Tami Weis | ) | Case No. 3:16-cv-01584-MEJ |
| | ) | |
| Plaintiff, | ) | REQUEST FOR TELEPHONIC |
| v. | ) | APPERANCE FOR  3/28/2017 2pm |
| | ) | |
| Frances Barbour Melbostad | ) | |
| | ) | |
| Defendant. | ) | |

Eliyahu Yuli Kaplunovsky, counsel for plaintiff Tami Weis respectfully request to appear via telephone for the case management hearing scheduled for 3/28/2017 at 2pm

Respectfully submitted on March 20, 2017,

 /s/ Eliyahu Yuli Kaplunovsky
Eliyahu Yuli Kaplunovsky (SBN # 299178)
1669-2 Hollenbeck Av #211
Sunnyvale, CA 94087
Phone: (408) 309 4506
*Attorney for Plaintiff*

**ORDER:**

The request of Eliyahu Yuli Kaplunovsky for telephonic appearance at 3/28/2017 2pm is GRANTED / REJECTED.

Date: 3/21/2017

[STAMP: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — DENIED — Judge Haywood S. Gilliam Jr.]

REQUEST TELEPHONIC APPERANCE